[No. 9618–1–III.   Division Three.   July 11, 1989.]

*In the Matter of the Personal Restraint of*
WILLIAM DAVID LEONARD, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.

[No. 11567–1–II.   Division Two.   July 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS SINGLETON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00267–7, James D. Ladley, J., entered December 1, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 11917–0–II.   Division Two.   July 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES A. BASH, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 87–1–00029–8, Ted Kolbaba, J., entered April 13, 1988. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 10877–1–II.   Division Two.   July 13, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. KAYDON CARL JONES, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00885–3, Robert L. Harris, J., entered March 3, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J. Now published at 55 Wn. App. 343.